```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 06 B 10539
    MICHELE BARNES
                                           CHAPTER 13

                                           JUDGE: JACQUELINE P COX

           Debtor
    SSN XXX-XX-3243


-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
      The case was filed on 08/26/2006 and was confirmed 10/30/2006.

      The plan was confirmed to pay secured creditors 100% and unsecured
 creditors  12.00%.

      The case was dismissed after confirmation 12/03/2007.
-------------------------------------------------------------------------------
 CREDITOR NAME                   CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                                  PAID          PAID
-------------------------------------------------------------------------------
 AMERICAN FAMILY INSURANC  UNSECURED      NOT FILED          .00           .00
 AMERICASH LOANS LLC       UNSECURED         297.43          .00           .00
 AT&T BROADBAND            UNSECURED      NOT FILED          .00           .00
 BETHANY HOSPITAL          UNSECURED      NOT FILED          .00           .00
 CASH NET                  UNSECURED      NOT FILED          .00           .00
 CITY OF CHICAGO PARKING   UNSECURED         911.70          .00           .00
 COLUMBIA HOUSE            UNSECURED      NOT FILED          .00           .00
 COMCAST                   NOTICE ONLY    NOT FILED          .00           .00
 COMCAST CABLE COMMUNICAT  UNSECURED      NOT FILED          .00           .00
 COMMONWEALTH EDISON       UNSECURED      NOT FILED          .00           .00
 FIRST WESTERN PROPERTIES  UNSECURED      NOT FILED          .00           .00
 HEIGHTS FINANCE CORPORAT  UNSECURED      NOT FILED          .00           .00
 ICS                       UNSECURED      NOT FILED          .00           .00
 ILLINOIS TITLE LOAN       UNSECURED      NOT FILED          .00           .00
 INTERNET LOAN             UNSECURED      NOT FILED          .00           .00
 ISAC                      UNSECURED       24505.16          .00        191.79
 LA WEIGHT LOSS            UNSECURED      NOT FILED          .00           .00
 LASALLE BANK              UNSECURED      NOT FILED          .00           .00
 LASALLE BANK              UNSECURED      NOT FILED          .00           .00
 LOAN EXPRESS CO           UNSECURED         155.00          .00           .00
 MCI                       UNSECURED      NOT FILED          .00           .00
 MEDCO INSURANCE           UNSECURED      NOT FILED          .00           .00
 NORTH RIVERSIDE POLICE    UNSECURED      NOT FILED          .00           .00
 PAYDAY                    UNSECURED      NOT FILED          .00           .00
 PAYDAY                    UNSECURED      NOT FILED          .00           .00
 PAYDAY LOAN               UNSECURED      NOT FILED          .00           .00
 PAYDAY LOAN               UNSECURED      NOT FILED          .00           .00
 QUICK PAYDAY LOANS        UNSECURED      NOT FILED          .00           .00
 SALLIE MAE LSCF           UNSECURED      NOT FILED          .00           .00
 SBC                       UNSECURED      NOT FILED          .00           .00
 SPRINT                    UNSECURED      NOT FILED          .00           .00
 SUN CASH                  UNSECURED      NOT FILED          .00           .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
           CASE NO. 06 B 10539 MICHELE BARNES
```

```
TIMBER HILL INVESTMENTS    UNSECURED       NOT FILED              .00          .00
US BANK CONSUMER FINANCE   UNSECURED        5269.59               .00        41.24
US BANK                    UNSECURED        1649.98               .00          .00
WOMENS WORKOUT WORLD       UNSECURED       NOT FILED              .00          .00
UNITED STUDENT AID FUNDS   UNSECURED        1366.56               .00          .00
SALLIE MAE INC             UNSECURED         875.00               .00          .00
PORTFOLIO RECOVERY ASSOC   UNSECURED            .00               .00          .00
ILLINOIS DEPT PUBLIC AID   UNSECURED       NOT FILED              .00          .00
MICHELE BARNES             UNSECURED       NOT FILED              .00          .00
TOM VAUGHN                 UNSECURED       NOT FILED              .00          .00
OFFICE OF THE US TRUSTEE   UNSECURED       NOT FILED              .00          .00
*NELLA E MARIANI           DEBTOR ATTY     2,500.00                       2,500.00
TOM VAUGHN                 TRUSTEE                                          174.79
DEBTOR REFUND              REFUND                                            44.18
```

Summary of Receipts and Disbursements:
```
-----------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
-----------------------------------------------------------------------------
TRUSTEE                 2,952.00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                          233.03
ADMINISTRATIVE                                   2,500.00
TRUSTEE COMPENSATION                               174.79
DEBTOR REFUND                                       44.18
                       ---------------         ---------------
TOTALS                  2,952.00                 2,952.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
   Dated: 03/26/08                 _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE




                            PAGE   2
           CASE NO. 06 B 10539 MICHELE BARNES